IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Robert A. Boyd,<br><br>                    Plaintiff,<br>v.<br><br>Taylor B. Yardley,<br><br>                    Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND<br><br>Case No. 2:18-cv-132 CW DBP<br><br>District Judge Clark Waddoups<br><br>Chief Magistrate Judge Dustin B. Pead |

    This matter is before the court on Plaintiff's Motion to Amend Complaint and Add Parties. (ECF No. 58.)[1] This suit involves claims for copyright and trademark infringement. Plaintiff seeks leave to "add Foundation Arts and Steevun Lemon as additional parties, and assert claims contributory infringement against those additional parties." Mtn p. 2. Defendant notified the court that he does not oppose Plaintiff's motion.

    Accordingly, under Federal Rule 15 and based on no opposition by Defendant, the court GRANTS Plaintiff's Motion to Amend Complaint and Add Parties.

    IT IS SO ORDERED.

    DATED this 2 August 2021.

                                                         _____
                                                          Dustin B. Pead
                                                          United States Magistrate Judge

---

[1] This case is referred to the undersigned from District Judge Clark Waddoups pursuant to 28 U.S.C. § 636(b)(1)(A). The court elects to decide this motion on the basis of the written memoranda. DUCivR 7-1.