IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERT A. BOYD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAYLOR B. YARDLEY, an individual; THE FRAME WORKS, INC., d/b/a HAVENLIGHT, d/b/a REPARTEE GALLERY, d/b/a FOUNDATION ARTS; STEEVUN LEMON, an individual,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR EXTENSION AND VACATING STAY ON DISCOVERY<br><br>Case No. 2:18-cv-00132-TS-DBP<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Dustin B. Pead |

This matter is before the Court on Plaintiff Robert A. Boyd's Motion for an Extension of Time for Deadline to Finalize Settlement,[1] wherein Plaintiff seeks to extend the deadline set by the Court to finalize settlement until November 10, 2025. Having reviewed the Motion and finding good cause, the Court will grant the Motion.

On May 5, 2023, the Court granted a Joint Motion to Temporarily Stay Fact Discovery Pending Settlement Negotiations.[2] On September 17, 2025, this Court held an in-person hearing to determine the status of the parties' settlement efforts, which have been ongoing for several years. At the hearing, the Court set October 20, 2025 as the deadline by which the parties must reach a settlement and warned that failure to do so would result in dismissal without prejudice.[3] In its Motion, Plaintiff states that since the hearing, the parties have been actively engaged in settlement discussions and were exchanging drafts even up to and through the deadline imposed

---

[1] Docket No. 109.

[2] Docket No. 85.

[3] Docket No. 106.

by this Court.[4] Plaintiff further states in his Status Report, filed on October 22, 2025, that the parties "have been in agreement on settlement since even before hearing . . . [and are] negotiating the final language of the settlement with Defendant Taylor Yardley."[5] Plaintiff says that agreement on final language has been delayed by Defendant Yardley's prior commitments and unavailability.[6] On October 23, 2025, Defendants The Frame Works and Steevun Lemon filed their Response to Plaintiff's Status Report seeking to clarify that despite active discussions since the hearing, "they have not reached a final agreement on any settlement terms."[7]

Having considered Plaintiff's Motion and the status updates filed by the parties, the court finds good cause to grant the requested extension. If settlement is not reached and the parties fail to file a notice of dismissal by the extended deadline of November 10, 2025, the Order staying discovery will be vacated, allowing the parties to reengage in discovery. If Plaintiff fails to prosecute his case thereafter, upon a motion by Defendants, the Court may dismiss the case.

It is therefore

ORDERED that Plaintiff's Motion for an Extension of Time for Deadline to Finalize Settlement (Docket No. 109) is GRANTED.

It is further

ORDERED that, if a voluntary dismissal is not filed by November 10, 2025, the Order Granting Joint Motion to Temporarily Stay Fact Discovery Pending Settlement Negotiations (Docket No. 85) will be VACATED.

---

[4] Docket No. 109, at 1–2.
[5] Docket No. 107, at 2.
[6] Docket No. 109, at 2.
[7] Docket No. 108, at 2.

Dated this 29th day of October, 2025.

BY THE COURT:

_____
Ted Stewart
United States District Judge